FILED

SEP 2 1 2026

Bonnie N. Hackler Acting Clerk
U S DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

Case No. 4:26-CV-00569-CVE-SH (Related: No. 4:25-CV-00285-GKF-MTS; 10th Cir. No. 26-5041; U.S. Sup. Ct. No. 26-5512; N.D. Okla. No. 4:25-CV-00322-SEH-CDL)

LINH TRAN STEPHENS,
*Petitioner,*
v.
VIC REGALADO, Sheriff of Tulsa County, Oklahoma, and
GENTNER DRUMMOND, Attorney General of the State of Oklahoma,
*Respondents.*

---

**PETITIONER'S NOTICE OF DOCKETING OF PETITION FOR WRIT OF CERTIORARI IN UNITED STATES SUPREME COURT**

(in support of the pending Motion to Stay Proceedings and Hold the Petition in Abeyance)

---

Petitioner Linh Tran Stephens, pro se, gives notice of a development bearing on the timeliness section of her petition and on her pending motion to stay and hold in abeyance under *Rhines v. Weber*, 544 U.S. 269 (2005):

1. On September 10, 2026, the Supreme Court of the United States docketed Petitioner's petition for a writ of certiorari from the judgment of the Oklahoma Court of Civil Appeals in No. DF-122022 (the February 2024 contempt judgment challenged here) as *Linh Tran Stephens v. Adam Sylvester Stephens, et al.*, No. 26-5512. The docket records the petition and the motion for leave to proceed in forma pauperis as filed **August 2, 2025**, and sets the response due October 13, 2026. The cover page of the petition as posted on the Supreme Court's docket, bearing the Clerk's stamp "**No. 26-5512** — ORIGINAL — FILED AUG 2 2025 — Office of the Clerk," is attached as **Exhibit 1**. The same docket sheet and cover page were filed on September 17, 2026 as Exhibit 2 to Petitioner's reply (Doc. 136) in her related civil action in this District, No. 4:25-CV-00322-SEH-CDL.

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

2. When the petition in this case was filed on September 14, 2026, the certiorari petition was in correction before the Clerk of the Supreme Court under that Court's Rule 14.5 and had not been assigned a docket number. See Petition, "Timeliness" section, and Exh. 4 to the Petition. It now has one, and the Court's docket may be viewed at **supremecourt.gov** under No. 26-5512.

3. The docketing confirms two points stated in the petition. *First*, direct review of the February 2024 judgment has not concluded: a petition for certiorari, accepted by the Supreme Court as filed within the ninety days allowed by its Rule 13.1, is pending. The one-year period of 28 U.S.C. § 2244(d)(1)(A) as to that judgment therefore has not begun to run, and Petitioner's primary showing of timeliness—that this petition was filed within one year of September 14, 2025 in any event—is no longer needed to reach the same result. *Second*, because the February 2024 judgment remains "open to direct … attack in its own right," the bar of *Lackawanna County District Attorney v. Coss*, 532 U.S. 394, 403–04 (2001), does not apply to it.

4. The docketing also supplies a concrete, dated basis for the stay Petitioner has requested. The proceeding on which the stay depends is no longer prospective; it is pending on the Supreme Court's docket with a response date. Petitioner asks that the Court consider this notice in ruling on the motion to stay.

5. Petitioner will notify the Court of the Supreme Court's disposition of No. 26-5512 within fourteen days of that event, as proposed in the motion to stay.

Respectfully submitted, WITHOUT RECOURSE, without prejudice

without prejudice
by: linh-tran: stephens/Agent

Linh Tran Stephens, Plaintiff, sui juris appearing in propria persona, one-and-only Authorized Agent, attorney-in-fact and Secured Party Creditor[1] of LEGAL ENTITIES LINH TRAN STEPHENS©™ and of G.L.S©® ens legis and all derivatives thereof

[1] See UCC-1 Filing trust account 260217-1425000 in MARYLAND

℅ 235 Tom Stewart Road, Newberry, South Carolina [29108]
Non-Domestic, without the UNITED STATES of Washington, D.C.
Phone: (843) 608-0294 | LinhStephens7@gmail.com | www.linhstephens.com
**previous address during malicious injuries by Oklahoma state's employees was "in care of 11063 S Memorial Dr, Ste D #235, Tulsa, Oklahoma [74133]"**

Attached is **Exhibit 1** — Cover page of the petition for a writ of certiorari as posted on the docket of the Supreme Court of the United States, No. 26-5512, bearing the Clerk's file stamp of August 2, 2025 (2 page).

**CERTIFICATE OF SERVICE**

Respondents have not yet been ordered to answer under Rule 4 of the Rules Governing Section 2254 Cases. A courtesy copy of this notice was emailed on September 17th, 2026 to the Office of the Attorney General of Oklahoma Gentner.Drummond@oag.ok.gov .

WITHOUT RECOURSE, without prejudice

without prejudice
by: linh-tran: stephens/Agent

Search documents in this case: [ ] Search

## No. 26-5512

| | |
|---|---|
| Title: | **Linh Tran Stephens, Petitioner**<br>**v.**<br>**Adam Sylvester Stephens, et al.** |
| Docketed: | September 10, 2026 |
| Lower Ct: | Court of Civil Appeals of Oklahoma, Third Division |
| Case Numbers: | (122,022) |
| Decision Date: | March 7, 2025 |
| Discretionary Court Decision Date: | June 16, 2025 |

## Proceedings and Orders

| | |
|---|---|
| Aug 02 2025 | Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due October 13, 2026)<br>**Motion for Leave to Proceed in Forma Pauperis** **Petition** **Appendix** **Proof of Service** |

## Attorneys

**Attorneys for Petitioner**

Linh Tran Stephens

c/o 235 Tom Stewart Rd.
Newberry, SC 29108

linhstephens7@gmail.com
Ph: (843) 608-0294

Party name: Linh Tran Stephens

26-5512 ORIGINAL

No. ______

In the
# Supreme Court of the United States

Supreme Court, U.S.
FILED
AUG - 2 2025
OFFICE OF THE CLERK

Linh Tran Stephens,
*Petitioner*,
v.
Adam Sylvester Stephens, et al.
*Respondents*.

ON PETITION FOR WRIT OF CERTIORARI TO THE OKLAHOMA COURT OF CIVIL APPEALS

## PETITION FOR WRIT OF CERTIORARI

Linh Tran Stephens©™
% 235 Tom Stewart Rd
Newberry, South Carolina [29108]
Telephone: (843) 608-0294
Email: linhstephens7@gmail.com
*Petitioner*

SEPTEMBER 03, 2026

PRESS FIRMLY TO SEAL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2659 0103 83

Retail

74103

PM
TULSA, OK
SEP 17, 2026

$21.36

S2324M505032-02

RDC 03

postmark 9/17/26
26cv569 CVE N

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Livih Stephens/Agent
c/o 235 Tom Stewart Rd
Newberry, South Carolina 29108

TO:

US Northern District Court
333 W. 4th St, Rm#411
Tulsa, OK 74103

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE

PAPER POUCH .info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.